■ ROCHESTER-GENESEE REGIONAL TRANSPORTATION AUTHORITY, Respondent, v MAIER-SCHULE GMC, INC., Appellant. (Appeal No. 1.)—Appeal unanimously dismissed without costs *(see, Hughes v Nussbaumer, Clarke & Velzy,* 140 AD2d 988; *Chase Manhattan Bank v Roberts & Roberts,* 63 AD2d 566, 567). (Appeal from Order of Supreme Court, Monroe County, Patlow, J.—Summary Judgment.) Present—Dillon, P. J., Doerr, Lawton, Lowery and Davis, JJ.